

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ibrahim Olawale-Bankole | **Civil Action No.** 26-cv-2400-AGS-VET |
| **Petitioner,** | |
| **V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the May 14, 2026 hearing, petitioner Ibrahim Olawale Bankole's petition for a writ of habeas corpus is DENIED. The case is hereby closed.

**Date:**          5/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  <u>26-cv-2400-AGS-VET</u>

Respondents:

Pamela Bondi
U.S. Attorney General

Markwayne Mullin
Secretary of DHS

Todd Lyons
Director of ICE

Christopher LaRose
Warden of Otay Mesa Detention Center